IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DONALD LEROY DAVIS, | * |
| Petitioner, | * |
| v. | Case No.   5:22-cv-00067-MTT-CHW |
| | * |
| WARDEN LAWRENCE WHITTINGTON, | |
| | * |
| Respondent. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated February 16, 2022, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Petitioner shall recover nothing of Respondent.

This 17th day of February, 2022.

David W. Bunt, Clerk

s/ Tydra Miller, Deputy Clerk